IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **HERCULES INDUSTRIES, INC.,**<br><br>Plaintiff,<br><br>vs.<br><br>**YOGAPIPE, INC.,**<br><br>Defendant, | **MEMORANDUM DECISION AND ORDER**<br><br>Case No. 2:22-CV-27-DAK-JCB<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Jared C. Bennett |

This matter is before the court on Movant UMC, Inc's Motion to Intervene pursuant to Rule 24 of the Federal Rules of Civil Procedure. Rule 24 of the Federal Rules of Civil Procedure provides for intervention as of right "when the applicant claims an interest relating to the property or transaction which is the subject of the action and the applicant is so situated that the disposition of the action may as a practical matter impair or impede the applicant's ability to protect that interest, unless the applicant's interest is adequately represented by existing parties." Fed. R. Civ. P. 24(a)(2).

UMC's asserts that it has a right to intervene because it has an interest related to the property damages and transaction involving the same allegedly defective plumbing pipe at issue in this matter that may be impaired or impeded in this litigation if UMC is not allowed to participate to protect that interest. Defendant YogaPipe, Inc., does not oppose the motion to intervene. Based on UMC's claimed interest and YogaPipe's lack of opposition, the court allows UMC to intervene as of right in this matter. Accordingly, UMC's Motion to Intervene

[ECF No. 21] is GRANTED. UMC shall formally file its Complaint in Intervention, which was attached to its motion, within ten days of the date of this Order.

DATED this 12th day of April, 2022.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge