# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **HERCULES INDUSTRIES, INC.,**<br><br>   Plaintiff,<br><br>v.<br><br>**YOGAPIPE, INC.,**<br><br>   Defendant.<br><br>---<br><br>**UMC, INC.**<br><br>   Intervenor Plaintiff,<br><br>v.<br><br>**HERCULES INDUSTRIES, INC, AND YOGAPIPE, INC.,**<br><br>   Intervenor Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:22-cv-27-DAK-JCB<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Jared C. Bennett |

  Based on this court's October 10, 2023 Memorandum Decision and Order, the court enters judgment in favor of Hercules Industries, Inc., and UMC, Inc. on their claims against YogaPipe, Inc. The court awards Hercules Industries $318,849.68 and UMC $251,150.32 on their indemnity claims against YogaPipe. This action is closed.

  DATED this 10th day of October 2023.  BY THE COURT:

                             */s/ Dale A. Kimball*
                             DALE A. KIMBALL
                             United States District Judge