Bryan H. Booth (#07471)
FETZER BOOTH, PC
50 West Broadway, Suite 1200
Salt Lake City, UT 84101
Telephone: (801) 328-0266
bryan@mountainwestlaw.com
  *Attorneys for Plaintiff*
  *Hercules Industries, Inc.*

David S. Bridge (#9077)
SCALLEY READING BATES HANSEN & RASMUSSEN PC
15 West South Temple, Suite 600
Salt Lake City, UT 84101
Telephone: (801) 531-7890
dbridge@scalleyreading.net
  *Attorneys for Intervenor*
  *UMC, Inc.*

James F. Scherer (Pro Hac Vice)
MILLER & LAW, P.C.
1900 West Littleton Boulevard
Littleton, CCO 80120
Telephone: (303) 722-6500
jfs@millerandlaw.com
  *Attorneys for Plaintiff*
  *Hercules Industries, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| HERCULES INDUSTRIES, INC., a Colorado corporation,<br><br>    Plaintiff,<br><br>v.<br><br>YOGAPIPE, INC., a Delaware corporation,<br><br>    Defendant,<br><br>UMC, INC., a Utah corporation,<br><br>    Intervenor Plaintiff,<br><br>HERCULES INDUSTRIES, INC., a Colorado corporation, and YOGAPIPE, INC., a Delaware corporation,<br><br>    Intervenor Defendants. | **MOTION FOR LEAVE TO REGISTER JUDGMENTS IN U.S. DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND U.S. DISTRICT COURT FOR THE DISTRICT OF MARYLAND**<br><br>Case No. 2:22-cv-00027-DAK-JCB<br><br>Hon. Dale A. Kimball<br><br>Magistrate Jared C. Bennett |

Plaintiff/Judgment Creditors, Hercules Industries, Inc. and UMC, Inc., through counsel, move pursuant to 28 U.S.C. §1963 for leave to register the judgments entered in this action in the United States District Court for the District of Massachusetts and the United States District Court for the District of Maryland, and as grounds state as follows:

1.      On October 10, 2023, the Court entered judgments in this action in favor of each of the judgment creditors, and against the judgment debtor.

2.      The judgment debtor has filed an appeal of the judgments entered against it in this action, which is pending in the 10th Circuit Court of Appeals as *YogaPipe, Inc. v. Hercules Industries, Inc. and UMC, Inc.,* Case No. 23-4145. The judgment debtor has not filed a supersedeas bond, as necessary to stay execution on the judgments pending resolution of the judgment debtor's appeal.

3.      The judgment debtor does not possess assets in the state of Utah. On information and belief, the judgment debtor possesses assets in the states of Massachusetts and Maryland. The judgment creditors wish to register the judgments entered in this action in the United States District Court for the District of Massachusetts and the United States District Court for the District of Maryland, to facilitate execution on their judgments.

4.      28 U.S.C. §1963 provides in relevant part that a judgment creditor may register a judgment in another judicial district during the pendency of an appeal where no supersedeas bond has been posted, when ordered by the court that entered the judgment for good cause shown.

5.      The fact that the judgment debtor does not possess executable assets in the state of Utah, together with the fact that the judgment debtor has not posted a supersedeas bond, constitutes good cause for granting leave for the judgment creditors to register their judgments in other judicial

districts. See, e.g., *In re Steel Reclamation Resources, Inc.,* 54 F.3d 670, 1995 WL 495272 (10th Cir. 1995) (not selected for official publication).

WHEREFORE, the judgment creditors respectfully request that the Court grant them leave to register the judgments entered in this action in the United States District Court for the District of Massachusetts and the United States District Court for the District of Maryland.

DATED this 4th day of March, 2024.

| | |
|---|---|
| James F. Scherer | David S. Bridge |
| _____ | _____ |
| Name of Counsel | Name of Counsel |
| *James F. Scherer* | *David S. Bridge* |
| _____ | _____ |
| Signature of Counsel | Signature of Counsel |
| 1900 W. Littleton Blvd<br>Littleton, CO 80120<br>(303) 722-6500 | 15 West South Temple, Suite 660<br>Salt Lake City, UT 84101<br>(801) 531-7870 |
| _____ | _____ |
| Mailing Address and Telephone Number | Mailing Address and Telephone Number |
| jfs@millerandlaw.com | dbridge@scalleyreading.net |
| _____ | _____ |
| E-Mail Address | E-Mail Address |

Bryan H. Booth
_____
Name of Counsel

*Bryan H. Booth*
_____
Signature of Counsel

50 West Broadway, Suite 1200
Salt Lake City, UT 84101
(801) 328-0266

_____
Mailing Address and Telephone Number

bryan@mountainwestlaw.com
_____
E-Mail Address

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of March 2024, I served a true and correct copy of the foregoing **MOTION FOR LEAVE TO REGISTER JUDGMENTS IN U.S. DISTRICT COURT FOR THE DISTRICT OF MASSACHUSSETTS AND U.S. DISTRICT COURT FOR THE DISTRICT OF MARYLAND** was served via email upon the following:

William J. Akins, Esq.
Fisher Broyles, LLP
william.akins@fisherbroyles.com

                                            **MILLER & LAW, P.C.**

                                            */s/ Shannon Durbin*
                                            Shannon Durbin, Paralegal